

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-18-00081-CR

Homer C. **TOMERLIN, III,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1600-CR-C
The Honorable Dwight E. Peschel, Judge Presiding

# O R D E R

On March 9, 2018, we abated this appeal and remanded the case to the trial court for the purpose of considering the accuracy of its initial certification under Texas Rule of Appellate Procedure 25.2(a)(2).

On April 3, 2018, a supplemental clerk's record was filed in this court. The supplemental clerk's record contains an amended certification signed by the trial court on March 28, 2018. The amended certification states that "this is not a plea-bargain case, and the defendant has the right of appeal."

We REINSTATE this appeal. The clerk's record and the reporter's record have already been filed. Therefore, appellant's brief is due thirty (30) days from the date of this order.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.



KEITH E. HOTTLE,
Clerk of Court